UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARIA DOLORES CRUZ,

                  Plaintiff,

-against-

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY et al.,

                  Defendants.

------------------------------------- x

ORDER

20 Civ. 10871 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to unseal the above-captioned action. The following documents shall remain under seal until further order of this Court: Plaintiff's Verified Complaint for Injunctive and Declaratory Relief and Petition for Writ of Mandamus; attached exhibits A–E, G–K, and W-$W_4$; Plaintiff's Motion for Leave to File Under Seal; and the Court's order dated December 22, 2020 granting such motion.

Dated: New York, New York
       January 28, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge